# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of July, two thousand twenty-three.

Before:      Reena Raggi,
                 Denny Chin,
                 Richard J. Sullivan,
                      *Circuit Judges*.

_____

United States of America

      Appellee,                        **ORDER**

      v.                                Docket Nos. 18-2990(L), 18-3710(Con),
                                         18-3712(Con), 18-3715(Con),
Joseph Percoco, Steven Aiello,           18-3850(Con), 19-1272(Con)
Joseph Gerardi, Louis Ciminelli,
Alain Kaloyeros, AKA Dr. K,

      Defendants-Appellants.

_____

The Court is in receipt of Appellant Joseph Percoco and the government's joint letter, requesting that the Court vacate Percoco's conviction on Count Ten for conspiracy to commit honest services wire fraud and remand so that the government can move to dismiss Count Ten and the district court can amend the judgement in light of Percoco's waiver of his right to resentencing. Given that Appellant Steven Aiello was also convicted on Count Ten, IT IS HEREBY ORDERED that Aiello and the government shall confer and file a joint letter no later than Monday, August 7, 2023, stating the parties' respective positions on whether Aiello's conviction on Count Ten should also be vacated and remanded to the district court for an amended judgment or resentencing.

                                                FOR THE COURT:
                                                Catherine O'Hagan Wolfe,
                                                Clerk of Court

